1 | BLAKELY LAW GROUP
2 | BRENT H. BLAKELY (CA Bar No. 157292)
  | 1334 Parkview Avenue, Suite 280
3 | Manhattan Beach, California 90266
4 | Telephone: (310) 546-7400
  | Facsimile: (310) 546-7401
5 | Email: BBlakely@BlakelyLawGroup.com
6 |
  | Attorneys for Defendant
7 | MICHAEL COHEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEPHANIE CLIFFORD (AKA STORMY DANIELS), an individual, | Case No. 2:18-cv-05052 |
|---|---|
| Plaintiffs, | **NOTICE OF RELATED CASE** |
| | **[LOCAL CIVIL RULE 83-1.3]** |
| v. | Complaint Filed: June 6, 2018 |
| KEITH M. DAVIDSON, an individual, MICHAEL COHEN, an individual, and DOES 1 through 10, inclusive, | |
| Defendants. | |

NOTICE OF RELATED CASE

Pursuant to Local Rule 83-1.3, Defendant Michael Cohen ("Mr. Cohen") informs the Court of the following previously-filed action in this District that is related to this action: *Stephanie Clifford v. Donald J. Trump, Essential Consultants, LLC, Michael Cohen, et al.*, Case No. 2:18-CV-02217-SJO-FFM (the "Related Case"). The Related Case is related to this action because both cases "(a) arise from the same or a closely related transaction, happening, or event"; "(b) call for determination of the same or substantially related or similar questions of law and fact;" and "(c) for other reasons would entail substantial duplication of labor if heard by different judges." *See* L.R. 83-1.3.

## BRIEF FACTUAL STATEMENT

### A.   The Related Case

In the Related Case, Plaintiff seeks a declaration that a written "Confidential Settlement Agreement and Mutual Release" (the "Settlement Agreement") signed by Plaintiff and defendant Essential Consultants, LLC ("EC") was not "formed…, or in the alternative, …is void, invalid, or otherwise unenforceable." (**Exhibit 1**, First Amended Complaint ("FAC"), Prayer for Relief, p. 17.)  In the FAC, Ms. Clifford alleges that she "was represented by counsel in California whose office is located in Beverly Hills, California" in connection with the Settlement Agreement. (*Id*., at ¶ 17.)  That counsel is Keith Davidson, a defendant in this action. Mr. Cohen, the other named defendant in this action (and defendant in the Related Case), signed the Settlement Agreement on behalf of EC. Plaintiff alleges that Donald J. Trump, a defendant in the Related Case, was also party to the Settlement Agreement, along with Plaintiff and EC. (*Id*., at ¶ 18.)

### B.   This Action

In this action, Plaintiff asserts two causes of action for, (1) Breach of Fiduciary Duty against Mr. Davidson and (2) Aiding and Abetting Breach of Fiduciary Duty against Mr. Cohen, arising out of Mr. Davidson's representation of Plaintiff in connection with the Settlement Agreement.

Plaintiff alleges: "In his capacity as Ms. Clifford's attorney, Mr. Davidson communicated with Mr. Cohen in connection with [the Settlement Agreement] for which Mr. Cohen acted as an attorney for Mr. Donald Trump." (**Exhibit 2**, Complaint, ¶ 11.)  Plaintiff further alleges: "By virtue of [the Settlement Agreement] and his experience with Mr. Davidson, Mr. Cohen was well aware at all times that Mr. Davidson was Ms. Clifford's attorney and that Mr. Davidson owed Ms. Clifford a continuing duty of loyalty and was in a fiduciary relationship with Ms. Clifford." (*Id*. at ¶ 12.)  Plaintiff further alleges: "Unbeknownst to Ms. Clifford, after [the Settlement Agreement] was signed by Ms. Clifford, Mr. Davidson continued to regularly communicate with Mr. Cohen to the detriment of Ms. Clifford." (*Id*. at ¶ 13.)

Plaintiff asserts that Mr. Davidson breached his fiduciary duties by engaging "in numerous communications and concerted action with Mr. Cohen, the purpose of which was not to benefit Ms. Clifford, but to benefit Mr. Cohen and Mr. Trump." (Exhibit 2, ¶ 66.)  Those alleged communications pertain directly to the Related Case. For example, Plaintiff alleges that Mr. Davidson "breached his duties to Ms. Clifford by disclosing confidential information regarding Ms. Clifford's anticipated legal strategy [in the Related Case] to Mr. Cohen…" (*Id*., at ¶ 70.)  More specifically, Plaintiff alleges that "Mr. Davidson first disclosed to Mr. Cohen that Ms. Clifford was planning to file [the Related Case] against him and Mr. Trump the following week and that the lawsuit would publicly disclose the existence of Ms. Clifford's prior relationship with Mr. Trump." (*Id*. at ¶ 40.)

Thus, the Related Case and this action are related under Local Rule 83-1.3.

Dated: June 7, 2018  BLAKELY LAW GROUP

By:  */s/ Brent H. Blakely*
    BRENT H. BLAKELY
    Attorneys for Defendant
    MICHAEL COHEN