NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Keith M. Davidson, Esq. (SBN 212216)
Pro Se Attorney
Davidson and Associates, PLC
8383 Wilshire Boulevard, Suite 510
Beverly Hills, CA 90211
Tel: (323) 658-5444
Fax: (323) 658-5424

ATTORNEY(S) FOR: Keith M. Davidson, Esq.; Pro Se Attorney

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD (AKA STORMY DANIELS), an individual; <br><br> Plaintiff(s), <br><br> v. <br><br> KEITH M. DAVIDSON, an individual; MICHAEL COHEN, an individual, and DOES 1 through 10, inclusive <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:18-cv-05052 <br><br><br> CERTIFICATION AND NOTICE <br> OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Keith M. Davidson _____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Keith M. Davidson | Cross-Complainant |
| Stephanie Clifford | Cross-Defendant |
| Michael Avenatti | Cross-Defendant |
| Avenatti & Associates, PC | Cross-Defendant |
| Eagan Avenatti, LLP | Cross-Defendant |
| Michael Cohen | Cross-Defendant |

June 7, 2018
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Keith M. Davidson, Esq.