1  AVENATTI & ASSOCIATES, APC
2  Michael J. Avenatti, CA State Bar No. 206929
   Ahmed Ibrahim, CA State Bar No. 238739
3  520 Newport Center Drive, Suite 1400
   Newport Beach, CA 92660
4  Telephone:  949.706.7000
5  Facsimile:   949.706.7050
   Email:        mavenatti@eoalaw.com
6
7  Attorneys for Plaintiff Stephanie Clifford
   a.k.a. Stormy Daniels a.k.a. Peggy Peterson
8

9                  **UNITED STATES DISTRICT COURT**
10
                  **CENTRAL DISTRICT OF CALIFORNIA**
11

12
   STEPHANIE CLIFFORD a.k.a.            CASE NO.:  2:18-cv-05052-SJO-FFM
13 STORMY DANIELS, an individual,       Assigned for All Purposes to the
                                        Honorable S. James Otero
14
                   Plaintiff,
15                                      **PLAINTIFF STEPHANIE**
                                        **CLIFFORD'S NOTICE OF**
16        vs.                           **SCHEDULING CONFERENCE SET**
                                        **BY THE COURT**
17 KEITH .M DAVIDSON, an individual,
   MICHAEL COHEN, an individual, and
18 DOES 1 THROUGH 10, inclusive         **Date:  September 4, 2018**
                                        **Time:  8:30 AM**
19                                      **Ctrm:  10C**
                   Defendants.
20

21

22 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

23        Plaintiff hereby provides notice of the Court's Order dated June 18, 2018, a true

24 and correct copy of which is attached hereto as **Exhibit A**.

25 DATED:  June 18, 2018          AVENATTI & ASSOCIATES, APC

26
                                  /s/  Michael J. Avenatti
27                                MICHAEL J. AVENATTI
                                  Attorneys for Plaintif
28

---

# Exhibit A

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES − GENERAL

CASE NO.:   2:18−cv−05052−SJO−FFM                                    DATE:   6/18/2018
TITLE:   STEPHANIE CLIFFORD V. KEITH DAVIDSON ET AL

===========================================================

PRESENT:   THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Cruz                                        Not Present
Courtroom Clerk                                    Court Reporter


COUNSEL PRESENT FOR PLAINTIFF(S):        COUNSEL PRESENT FOR DEFENDANT(S):
Not Present                              Not Present

===========================================================
PROCEEDINGS:     (IN CHAMBERS)

Counsel are hereby notified that a Scheduling Conference has been set for **September 4, 2018 at 08:30 AM** before District Judge S. James Otero in Courtroom 10C, Tenth Floor, 350 West 1st Street, Los Angeles, California 90012.

Counsel are directed to comply with Rule 26(f) of the Federal Rules of Civil Procedure in a timely fashion and to file a Joint Rule 26(f) Report on or before **August 20, 2018**. The parties' report shall, in addition to addressing the matters specified in Rule 26(f), set forth their views regarding: (1) an appropriate last date for the completion of discovery and the hearing of motions, a date for a final pretrial conference and a trial date; (2) whether discovery should be conducted in phases or otherwise ordered or limited; (3) a preliminary estimate of the time required for trial; (4) efforts made to settle or resolve the case to date, and the parties' views as to an appropriate plan for maximizing settlement prospects; (5) whether the case is complex or requires a reference to the procedures set forth in the Manual on Complex Litigation; (6) the likelihood of the appearance of additional parties; (7) what motions the parties are likely to make that may be dispositive or partially dispositive; (8) any unusual legal issues presented by the case; and (9) proposals regarding severance, bifurcation or other ordering of proof.

In order to assist the parties in the setting of dates for the Scheduling Conference, the Court has included a schedule form for pretrial dates. The schedule should be completed by counsel and submitted in conjunction with their Rule 26(f) report.

Plaintiff's counsel is directed to give notice of the Scheduling Conference to all parties that have appeared in this action, and is directed to give notice of the Scheduling Conference immediately to each party that makes an initial appearance in the action after this date.

Initials of Preparer:_vcr_

STEPHANIE CLIFFORD V. KEITH DAVIDSON ET AL

# DISTRICT JUDGE S. JAMES OTERO

## SCHEDULE OF PRETRIAL DATES

| Matter | Time | Day(s) or Weeks Before Trial | Plaintiff's Request | Defendant's Request | Court Order |
|---|---|---|---|---|---|
| **Trial Date (Jury) Estimated Length:__ Days** | 9:00 a.m. | | | | |
| **Final Pretrial Conference; Discuss Previously−Filed Motions in Limine; File Agreed−Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed Voir Dire Questions and Agreed−To Statement of Case; File Witness List, Exhibit List, and Trial Brief** | 9:00 a.m. | 8 days before trial | | | |
| **Last Day for Hearing Motions** | | 60 days before trial | | | |
| **Discovery Cut−Off** | | 90 days before trial | | | |

### ADDITIONAL MATTERS TO BE DETERMINED AT SCHEDULING CONFERENCE

**L.R. 16−14 Settlement Choice:  (1) CT/USMJ  (2) Atty  (3) Outside ADR  (4) Trial Court**

| | | | | | |
|---|---|---|---|---|---|
| **Last Day to Conduct Settlement Conference** | | 3 weeks prior to pretrial conference | | | |
| **Last Day to Amend Pleadings or Add Parties** | | within 30 days from scheduling conference | | | |

1

## CERTIFICATE OF SERVICE

2

3    I hereby certify that on June 18, 2018 I served a true and correct copy of:

4    **PLAINTIFF STEPHANIE CLIFFORD'S NOTICE OF SCHEDULING
     CONFERENCE SET BY THE COURT**

5

     via this Court's CM/ECF system and via U.S. Mail, on the individuals listed below.

6

7

     Brent H Blakely                          Keith M Davidson

8    Blakely Law Group                        Keith M Davidson and Associates PLC
     1334 Parkview Avenue Suite 280           8383 Wilshire Boulevard Suite 510

9    Manhattan Beach, CA 90266                Beverly Hills, CA 90211

10   bblakely@blakelylawgroup.com             keith@kmdlaw.com

11

12

13   DATED:  June 18, 2018              AVENATTI & ASSOCIATES, APC

14

                                        /s/  Natalia Bonilla
15                                      Natalia Bonilla

16

17

18

19

20

21

22

23

24

25

26

27

28