AVENATTI & ASSOCIATES, APC
Michael J. Avenatti, CA State Bar No. 206929
Ahmed Ibrahim, CA State Bar No. 238739
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Telephone: 949.706.7000
Facsimile:  949.706.7050

Attorneys for Plaintiff Stephanie Clifford
a.k.a. Stormy Daniels a.k.a. Peggy Peterson

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>KEITH .M DAVIDSON, an individual, MICHAEL COHEN, an individual, and DOES 1 THROUGH 10, inclusive<br><br>Defendants. | CASE NO.:  2:18-cv-05052 RSWL (ASx)<br>Assigned for All Purposes to the Honorable S. James Otero<br><br>**PLAINTIFF STEPHANIE CLIFFORD'S NOTICE OF MOTION AND MOTION TO REMAND**<br><br>Hearing Date: July 23, 2018<br>Hearing Time: 10:00 a.m.<br>Location: Courtroom 10C<br><br>**California Superior Court Action Filed:  June 6, 2018** |

**PLEASE TAKE NOTICE** that on July 23, 2018, at 10:00 a.m., in Courtroom 10C of the above-captioned Court, Plaintiff Stephanie Clifford a.k.a. Stormy Daniels ("Plaintiff") will and does hereby move this Court pursuant to 28 U.S.C. section 1441(b) for an order remanding this action to the Superior Court of California for the County of Los Angeles, where the action was originally filed.

Plaintiff makes this motion on the ground that removal is improper under forum defendant exception provided for under 28 U.S.C. section 1441(b)(2) because defendant Keith Davidson ("Mr. Davidson") is a citizen of the State of California. That defendant Michael Cohen ("Mr. Cohen") elected to file a notice of removal the day after this action was filed—and before Plaintiff had a reasonable opportunity to serve either defendant—does not change the analysis. The consensus view among courts in the Central District, including this Court, is that diversity jurisdiction under the factual and procedural circumstances presently before the Court cannot stand. As aptly summarized by this Court, "permitting removal under § 1441(b) by a non-forum defendant before any defendant has been served is not in keeping with the purpose of the forum defendant rule *because it promotes gamesmanship by defendants*." Austin v. AstraZeneca Pharm., LP, No. CV1301544SJOJCGX, 2013 WL 12142637, at *2 (C.D. Cal. Apr. 22, 2013) (emphasis added). Stated differently, "a literal reading of § 1441(b) in combination with the advent of electronic filing and online dockets *promotes procedural gamesmanship by defendants racing to the courthouse in order to remove cases to federal court before the plaintiff can serve a forum defendant.*" Id. (emphasis added). This is a textbook example of such gamesmanship.

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Michael J. Avenatti, the complete files and records in this action, and upon such oral and documentary evidence as may be allowed at the hearing of this motion.

The parties met and conferred with regards to this motion between June 8 and June

| | |
|---|---|
| 1 | 14, but were unable to resolve their dispute.  [Declaration of Michael Avenatti, ¶¶12-20, |
| 2 | 22, Exs. 10-14.] |
| 3 | |
| 4 | DATED:  June 22, 2018                AVENATTI & ASSOCIATES, APC |
| 5 | |
| 6 | |
| 7 |                                       /s/ Michael J. Avenatti |
|   |                                      MICHAEL J. AVENATTI |
| 8 |                                      Attorneys for Plaintiff |