UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

CASE NO.: CV 18-05052 SJO (FFMx)     DATE: July 2, 2018

TITLE: Stephanie Clifford v. Keith Davidson et al

================================================================

PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                                Not Present
Courtroom Clerk                                 Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**       **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                     Not Present

================================================================

PROCEEDINGS (IN CHAMBERS):     ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiff is hereby ordered to show cause in writing by not later then **July 9, 2018** why this action should not be dismissed for lack of prosecution as to **defendant Michael Cohen**.

Under Federal Rule of Civil Procedure ("Rule") 81(c)(2)(A), a defendant who did not answer before removal must answer or present other defenses or objections within 21 days of receiving a copy of the initial pleading, through service or otherwise. Fed. R. Civ. Proc. 81(c)(2)(a). As defendant Michael Cohen filed the notice of removal on June 7, 2018, with a copy of the initial pleading attached, his deadline to file a responsive pleading was no later than June 28, 2018.

The court will consider the filing of the following as an appropriate response to this Order to Show Cause, on or before the above date:

Answer by the Defendant(s) or Plaintiff's request for entry of default;

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the court's Order may result in the dismissal of the action.

**IT IS SO ORDERED**.