| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| AVENATTI & ASSOCIATES, APC |
| Michael J. Avenatti, Bar No. 206929 |
| Ahmed Ibrahim, Bar No. 238739 |
| 520 Newport Center Drive, Suite 100 |
| Newport Beach, CA 92660 |
| 949-706-7000 |

ATTORNEY(S) FOR: Plaintiff and Counter-Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS, an individual, <br> Plaintiff(s), <br> v. <br> KEITH M. DAVIDSON, an individual, MICHAEL COHEN, an individual, and DOES 1 through 10, inclusive <br> Defendant(s) | CASE NUMBER: <br> 2:18-cv-05052 SJO-FFM <br><br> CERTIFICATION AND NOTICE OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     Plaintiff and Counter-Defendants
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Stephanie Clifford a.k.a. Stormy Daniels | Plaintiff, Counter-Defendant |
| Keith M. Davidson | Defendant, Counter-Complainant, Cross-Claimant |
| Michael Cohen (Michael D. Cohen) | Defendant, Cross-Defendant |
| Michael Avenatti | Counter-Defendant |
| Avenatti & Associates, A Professional Corporation | Counter-Defendant |
| Eagan Avenatti, LLP | Counter-Defendant |

July 2, 2018
Date

/s/ Michael J. Avenatti
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff and Cross-Defendants