AVENATTI & ASSOCIATES, APC
Michael J. Avenatti, CA State Bar No. 206929
Ahmed Ibrahim, CA State Bar No. 238739
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Telephone:  949.706.7000
Facsimile:   949.706.7050

Attorneys for Plaintiff Stephanie Clifford
a.k.a. Stormy Daniels a.k.a. Peggy Peterson

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>KEITH M. DAVIDSON, an individual, MICHAEL COHEN, an individual, and DOES 1 THROUGH 10, inclusive<br><br>Defendants. | CASE NO.:  2:18-cv-05052-SJO-FFM<br>Assigned for All Purposes to the Honorable S. James Otero<br><br>**DECLARATION OF AHMED IBRAHIM IN SUPPORT OF PLAINTIFF STEPHANIE CLIFFORD'S MOTION TO REMAND**<br><br>**Hearing Date:  July 23, 2018**<br>**Hearing Time:  10:00 a.m.**<br>**Location:  Courtroom 10C**<br><br>**California Superior Court Action Filed:  June 6, 2018** |
| KEITH M. DAVIDSON an individual,<br><br>Cross-Claimant,<br><br>vs.<br><br>MICHAEL COHEN; AND ROES 10 TO 20, INCLUSIVE<br><br>Cross-Defendant. | |

## <u>DECLARATION OF AHMED IBRAHIM</u>

I, AHMED IBRAHIM, declare as follows:

1.      I am an attorney duly admitted to practice before this Court.  I am an attorney with the law firm of Avenatti & Associates, APC, counsel of record for Plaintiff Stephanie Clifford.  I am submitting this declaration in support of Plaintiff's Motion to Remand.  I have personal knowledge of the information stated herein and if called to testify to the same would and could do so.

2.      In connection with the filing of Plaintiff's Motion to Remand this action, I participated in meet and confer discussions with counsel for Defendant Michael Cohen, Mr. Brent Blakely.

3.       Attached hereto as Exhibit 1 is a true and correct copy of an email sent to me and others by Mr. Blakely on June 14, 2018.

4.      Attached hereto as Exhibit 2 is a true and correct copy of a letter dated June 20, 2018 sent to me and others by Mr. Blakely.

5.      Mr. Blakely may have made a passing reference to the first to file rule in an e-mail, but I otherwise do not recall Mr. Blakely having communicated his intention to oppose the Motion to Remand based on the first to file rule.  Likewise, I do not recall Mr. Blakely having communicated to me in any of our meet and confer discussions relating to Plaintiff's Motion to Remand that Mr. Cohen would argue that this Court has subject-matter jurisdiction based on supplemental jurisdiction.  These arguments, therefore, have been improperly raised in Mr. Cohen's opposition to the Motion to Remand.

6.      Based on Mr. Blakely's failure to raise these issues, Plaintiff has been prejudiced because Plaintiff was unable to affirmatively address these issues in her moving papers or in an opposition to a formal motion to stay.  Instead, Plaintiff is forced to address these arguments in less than five (5) pages in accordance with the Court's requirements for reply briefs.  Further, Mr. Cohen evaded the meet and confer requirement for motions under Rule 7-3, which includes the seven (7) day waiting period

to file motions.  Therefore, if it is the Court's intention to address these arguments on the merits rather than summarily reject them and simply remand the case as Plaintiff has requested, Plaintiff requests that the Court not consider the substance of any of these arguments in the absence of a formal motion premised on the basis of a proper meet and confer between the parties and pursuant to proper notice and hearing under the Local Rules.

I declare, under penalty of perjury and under the laws of the United States of America, that the foregoing is true and correct.  Executed this 9th day of July, 2018.

/s/ Ahmed Ibrahim
Ahmed Ibrahim

DECLARATION OF AHMED IBRAHIM IN SUPPORT OF MOTION TO REMAND