1 | BLAKELY LAW GROUP
2 | BRENT H. BLAKELY (CA Bar No. 157292)
  | 1334 Parkview Avenue, Suite 280
3 | Manhattan Beach, California 90266
  | Telephone:   (310) 546-7400
4 | Facsimile:   (310) 546-7401
5 | Email:        BBlakely@BlakelyLawGroup.com
6 |
  | Attorneys for Defendant
7 | MICHAEL COHEN
8 |
9 | **UNITED STATES DISTRICT COURT**
  |
10 | **CENTRAL DISTRICT OF CALIFORNIA**
11 |

STEPHANIE CLIFFORD a.k.a. STORMY DANIELS a.k.a. PEGGY PETERSON, an individual,

Plaintiff,

v.

KEITH M. DAVIDSON, an Individual, MICHAEL COHEN, an individual, and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:18-cv-05052-SJO (FFMx)

**DEFENDANT MICHAEL COHEN'S NOTICE OF SPECIAL MOTION TO STRIKE (CAL. CODE CIV. PROC. § 425.16) OR, ALTERNATIVELY, TO DISMISS (FRCP 12(b)(6)) PLAINTIFF'S AIDING AND ABETTING CLAIM AGAINST COHEN**

**Date:         August 6, 2018**
**Time:         10:00 a.m.**
**Location:    Courtroom 10C**

**Hon. S. James Otero**

Action Filed:  June 6, 2018

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 6th, 2018 Defendant Michael Cohen will and hereby does move pursuant to California Code of Civil Procedure § 425.16 for an order striking the Second Claim for Aiding and Abetting Breach of Fiduciary Duty in the Complaint of Plaintiff Stephanie Clifford ("Clifford" or "Plaintiff") filed

1    on or about June 6, 2018.

2         Mr. Cohen brings this Motion on the grounds that Plaintiff's claim arises out of

3    actions that are pre-litigation communications and as such are protected by the

4    litigation privilege.  Thus, the anti-SLAPP statute applies, and Plaintiff must prove by

5    admissible evidence that she will probably prevail on her claim.

6         As set forth herein, Plaintiff cannot meet this burden.  Accordingly, Plaintiff's

7    Second Claim for Adding and Abetting Breach of Fiduciary Duty should be stricken,

8    and Mr. Cohen should be awarded his attorneys' fees and costs incurred in defending

9    against this meritless claim.[1]

10        Alternatively, Mr. Cohen will and hereby does move for an order dismissing

11   the Second Claim for Adding and Abetting Breach of Fiduciary Duty in the

12   Complaint pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 12(b)(6).

13        This Motion shall be based on this Notice of Motion, and the accompanying

14   Memorandum of Points and Authorities, the Declarations of Michael D. Cohen and

15   Brent H. Blakely filed concurrently herewith (with exhibits), the anticipated reply

16   papers, and all materials that may be properly considered in connection with this

17   motion.

18        This Motion is made following the meeting between Ahmed Ibrahim, counsel

19   for Plaintiff, and Brent H. Blakely and Jessica C. Covington, counsel for Cohen,

20   which took place on June 26, 2018 at the offices of Cohen's counsel. The parties

21   discussed Cohen's position that the communications between Cohen and Defendant

22   Keith M. Davidson are absolutely privileged pursuant to the California Civil Code,

23   that the anti-SLAPP statute applies, and that Plaintiff failed to state a claim for

24   adding and abetting breach of fiduciary duty. Plaintiff disagreed and would not

25   _____

26        [1] The SLAPP statute mandates that a prevailing movant on a Special Motion to

27   Strike "shall" recover its attorneys' fees and costs.  *See* Cal. Code Civ. Proc. §
     425.16(c)(1); *Ketchum v. Moses* (2001), 24 Cal.4th 1122, 1131-32.  If the Court

28   grants this Motion, Mr. Cohen will file a separate motion for attorneys' fees and costs.

2
DEFENDANT MICHAEL COHEN'S NOTICE OF MOTION TO STRIKE OR,
ALTERNATIVELY, DISMISS PLAINTIFF'S AIDING AND ABETTING CLAIM

1   dismiss the claims against Cohen. (Declaration of Brent H. Blakely ("Blakely Dec."),

2   ¶¶ 2, 3)

3   Dated: July 9, 2018                    BLAKELY LAW GROUP

4

5                                          By:    */s/ Brent H. Blakely*
                                                  BRENT H. BLAKELY
6                                                 ***Attorneys for Defendant***
                                                  ***MICHAEL COHEN***
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT MICHAEL COHEN'S NOTICE OF MOTION TO STRIKE OR,
ALTERNATIVELY, DISMISS PLAINTIFF'S AIDING AND ABETTING CLAIM