BLAKELY LAW GROUP
BRENT H. BLAKELY (CA Bar No. 157292)
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone:  (310) 546-7400
Facsimile:  (310) 546-7401
Email:      BBlakely@BlakelyLawGroup.com

Attorneys for Defendant
MICHAEL COHEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS a.k.a. PEGGY PETERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KEITH M. DAVIDSON, an Individual, MICHAEL COHEN, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-CV-05052-SJO (FFMx)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF *DEFENDANT MICHAEL COHEN'S SPECIAL MOTION TO STRIKE (CAL. CODE CIV. PROC. § 425.16) OR, ALTERNATIVELY, TO DISMISS (FRCP 12(b)(6)) PLAINTIFF'S AIDINT AND ABETTING CLAIM AGAINST COHEN***<br><br>**Date:**      **August 6, 2018**<br>**Time:**      **10:00 a.m.**<br>**Location:**  **Courtroom 10C**<br><br>**Hon. S. James Otero**<br><br>Action Filed: June 6, 2018 |

Defendant Michael Cohen ("Cohen") respectfully requests, pursuant to Rule 201 of the Federal Rules of Evidence ("Rule 201"), that the Court take judicial notice of the contents of the document attached as: **Exhibit 1** to this Request: the filings of the matter of *Stephanie Clifford v. Donald J. Trump et al.*, case number 2:18-cv-02217, in the U.S. District Court for the Central District of California.

Under Rule 201, "[t]he court may judicially notice a fact that is not subject to a reasonable dispute because it… can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). "Federal courts may take judicial notice of orders and proceedings in other courts, including transcripts." *Neylon v. Cty. of Inyo*, 2016 WL 6834097, at *2 (E.D. Cal. Nov. 21, 2016); *see also, Engine Mfrs. Ass'n v. South Coast Quality Maint. Dist.*, 498 F.3d 1031, 1039 n.2 (9th Cir. 2007) (taking judicial notice of a transcript of an oral argument before the California Supreme Court); *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (a federal court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue"); *Lee v. City of Los Angeles*, 250 F.3d 668, 688-689 (9th Cir. 2001) ("a court may take judicial notice of matters of public record"); *Gerritsen v. Warner Bros. Entertainment Inc.*, 112 F. Supp. 3d 1011, 1033 (C.D. Cal. 2015) ("Under Rule 201, the court can take judicial notice of '[p]ublic records and government documents available from reliable sources on the Internet,' such as website run by governmental agencies.").

The Court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2); *see also, Lyon v. Gila River Indian Community*, 626 F.3d 1059, 1075 (9th Cir. 2010) (holding that district court erred in refusing to take judicial notice of official action filed by Bureau of Indian Affairs).

Dated: July 9, 2018                           BLAKELY LAW GROUP

                                              By:  */s/ Brent H. Blakely*
                                                   BRENT H. BLAKELY
                                                   ***Attorneys for Defendant***
                                                   ***MICHAEL COHEN***

# EXHIBIT 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
CIVIL DOCKET FOR CASE #: 2:18-cv-02217-SJO-FFM

Stephanie Clifford v. Donald J. Trump et al
Assigned to: Judge S. James Otero
Referred to: Magistrate Judge Frederick F. Mumm
Related Case: 2:18-cv-05052-SJO-FFM
Case in other court: Superior Court of California Los Angeles County, BC696568
Cause: 28:1441 Notice of Removal -- Other Contract

Date Filed: 03/16/2018
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Stephanie Clifford**
*an individual*
*also known as*
Stormy Daniels
*also known as*
Peggy Peterson

represented by **Michael J Avenatti**
Avenatti and Associates APC
520 Newport Center Drive Suite 1400
Newport Beach, CA 92660
949-706-7000
Fax: 949-706-7050
Email: mavenatti@eaganavenatti.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ahmed I Ibrahim**
Avenatti and Associates APC
520 Newport Center Drive Suite 1400
Newport Beach, CA 92660
949-706-7000
Fax: 949-706-7050
Email: aibrahim@eaganavenatti.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Donald J. Trump**
*an individual*
*also known as*
David Dennison

represented by **Brent H Blakely**
Blakely Law Group
1334 Parkview Avenue Suite 280
Manhattan Beach, CA 90266
310-546-7400
Fax: 310-546-7401
Email: bblakely@blakelylawgroup.com
*ATTORNEY TO BE NOTICED*

**Charles J Harder**
Harder LLP
132 South Rodeo Drive 4th Floor
Beverly Hills, CA 90212
424-203-1600
Fax: 424-203-1601
Email: charder@harderllp.com
*ATTORNEY TO BE NOTICED*

**Ryan J Stonerock**
Harder LLP
132 South Rodeo Drive 4th Floor
Beverly Hills, CA 90212
424-203-1600
Fax: 424-203-1601
Email: rstonerock@harderllp.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Essential Consultants, LLC**
*a Delaware Limited LiabilityCompany*

represented by **Brent H Blakely**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1 through 10, inclusive*

<u>Defendant</u>

Michael Cohen            represented by   **Brent H Blakely**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/16/2018 | 1 | NOTICE OF REMOVAL from Los Angeles Superior Court, case number BC696568 Receipt No: 0973-21427334 - Fee: $400, filed by Defendant Essential Consultants, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Attorney Brent H Blakely added to party Essential Consultants, LLC(pty:dft))(Blakely, Brent) (Entered: 03/16/2018) |
| 03/16/2018 | 2 | CIVIL COVER SHEET filed by Defendant Essential Consultants, LLC. (Blakely, Brent) (Entered: 03/16/2018) |
| 03/16/2018 | 3 | NOTICE of Interested Parties filed by Defendant Essential Consultants, LLC, (Blakely, Brent) (Entered: 03/16/2018) |
| 03/16/2018 | 4 | CORPORATE DISCLOSURE STATEMENT filed by Defendant Essential Consultants, LLC identifying None as Corporate Parent. (Blakely, Brent) (Entered: 03/16/2018) |
| 03/16/2018 | 5 | JOINDER filed by Defendant Donald J. Trump joining in Notice of Removal (Attorney Civil Case Opening), 1 . (Harder, Charles) (Entered: 03/16/2018) |
| 03/16/2018 | 6 | NOTICE of Interested Parties filed by Defendant Donald J. Trump, (Attorney Charles J Harder added to party Donald J. Trump(pty:dft))(Harder, Charles) (Entered: 03/16/2018) |
| 03/16/2018 | | CONFORMED COPY OF COMPLAINT filed by Plaintiff Stephanie Clifford in Los Angeles Superior Court on 3/6/2018, and attached to the Notice of Removal as Exhibit 1. (jtil) (Entered: 03/19/2018) |
| 03/18/2018 | 7 | NOTICE filed by Defendant Essential Consultants, LLC. (Blakely, Brent) (Entered: 03/18/2018) |
| 03/19/2018 | 9 | NOTICE OF ASSIGNMENT to District Judge S. James Otero and Magistrate Judge Frederick F. Mumm. (jtil) (Entered: 03/19/2018) |
| 03/19/2018 | 10 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (jtil) (Entered: 03/19/2018) |
| 03/19/2018 | 11 | INITIAL STANDING ORDER upon filing of the complaint by Judge S. James Otero. (vcr) (Entered: 03/19/2018) |
| 03/20/2018 | 12 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE:Essential Consultants Notice (Other) 7 . The following error(s) was/were found: Incorrect event selected. Correct event to be used is: Errata. Other error(s) with document(s): Note: To assist in a search for correct events, please use the "SEARCH" option for a "key word" to narrow the selection process. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (lc) (Entered: 03/20/2018) |
| 03/22/2018 | 13 | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS RE: Notice (Other) 7 by Judge S. James Otero. The document is accepted as filed. (lc) (Entered: 03/22/2018) |
| 03/26/2018 | 14 | FIRST AMENDED COMPLAINT against Defendants All Defendants amending Complaint - (Discovery) JURY DEMAND, filed by Plaintiff Stephanie Clifford(Avenatti, Michael) (Entered: 03/26/2018) |
| 03/26/2018 | 15 | CERTIFICATE of Interested Parties filed by Plaintiff Stephanie Clifford, (Avenatti, Michael) (Entered: 03/26/2018) |
| 03/27/2018 | 16 | NOTICE OF MOTION AND MOTION to Expedite Jury Trial filed by Plaintiff Stephanie Clifford. Motion set for hearing on 4/30/2018 at 10:00 AM before Judge S. James Otero. (Attachments: # 1 Memorandum, # 2 Declaration, # 3 Proposed Order) (Avenatti, Michael) (Entered: 03/28/2018) |
| 03/29/2018 | 17 | MINUTES (IN CHAMBERS) by Judge S. James Otero: ORDER DENYING PLAINTIFF'S MOTION FOR EXPEDITED JURY TRIAL 16 . The Court DENIES without prejudice Plaintiff Stephanie Clifford's Motion for Expedited Jury Trial Pursuant to Section 4 of the Federal Arbitration Act, and for Limited Expedited Discovery. The Court further ORDERS Plaintiff to file the required proofs or certificatesof service for the FAC within 14 days of the date of this Order. Defendants Essential Consultants, LLC and Donald J. Trump must file responsive pleadings within 14 days of the date service is accomplished, and Defendant Michael Cohen must file a responsive pleading within twenty-one (21) days of the date service is accomplished. (lc) (Entered: 03/29/2018) |
| 03/29/2018 | 18 | Request for Clerk to Issue Summons on Amended Complaint/Petition 14 filed by Plaintiff Stephanie Clifford. (Avenatti, Michael) (Entered: 03/29/2018) |
| 03/30/2018 | 19 | 21 DAY Summons Issued re First Amended Complaint/Petition 14 as to defendant Michael Cohen. (lc) (Entered: 03/30/2018) |
| 04/02/2018 | 20 | NOTICE OF MOTION AND MOTION to Compel Arbitration filed by Defendant Essential Consultants, LLC. Motion set for hearing on 4/30/2018 at 10:00 AM before Judge S. James Otero. (Attachments: # 1 Memorandum, # 2 Declaration Brent H. Blakely, # 3 Exhibit B-F, # 4 Exhibit G-I, # 5 Declaration Michael D. Cohen) (Blakely, Brent) (Entered: 04/02/2018) |
| 04/02/2018 | 21 | JOINDER in NOTICE OF MOTION AND MOTION to Compel Arbitration 20 filed by Defendant Donald J. Trump. (Harder, Charles) (Entered: 04/02/2018) |
| 04/03/2018 | 22 | CERTIFICATE OF SERVICE filed by Plaintiff Stephanie Clifford, re Amended Complaint/Petition 14 served on March 26, |

| | | |
|---|---|---|
| | | 2018. (Avenatti, Michael) (Entered: 04/03/2018) |
| 04/03/2018 | 23 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Proof of Service (subsequent documents) 22 (of first amended complaint. The following error(s) was/were found: Incorrect event selected. Correct event to be used is: Correct event to be used is: and Service of summons and complaint returned executed 21 days. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (lc) (Entered: 04/03/2018) |
| 04/03/2018 | 24 | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS RE: Proof of Service (subsequent documents) 22 by Clerk of Court. The document is accepted as filed. (lc) (Entered: 04/03/2018) |
| 04/05/2018 | 25 | PROOF OF SERVICE Executed by Plaintiff Stephanie Clifford, upon Defendant Michael Cohen served on 3/30/2018, answer due 4/20/2018. Service of the Summons and Complaint were executed upon Attorney Brent Blakely in compliance with statute not specified by personal service.Original Summons NOT returned. (Avenatti, Michael) (Entered: 04/05/2018) |
| 04/05/2018 | 26 | EX PARTE APPLICATION to Continue Deadline to File Response to First Amended Complaint from 4/9/2018 Re: Amended Complaint/Petition 14 filed by Defendants Essential Consultants, LLC, Donald J. Trump. (Attachments: # 1 Declaration Brent H. Blakely, # 2 Proposed Order) (Attorney Brent H Blakely added to party Donald J. Trump(pty:dft)) (Blakely, Brent) (Entered: 04/05/2018) |
| 04/06/2018 | 27 | OPPOSITION to EX PARTE APPLICATION to Continue Deadline to File Response to First Amended Complaint from 4/9/2018 Re: Amended Complaint/Petition 14 26 filed by Plaintiff Stephanie Clifford. (Attachments: # 1 Declaration)(Avenatti, Michael) (Entered: 04/06/2018) |
| 04/06/2018 | 28 | MINUTES (IN CHAMBERS) by Judge S. James Otero: ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT 26 .As to the merits of the Application, as Defendants are not required to file a responsive pleading while a motion to compel arbitration is pending, the Court GRANTS Defendants' Application. (lc) (Entered: 04/06/2018) |
| 04/08/2018 | 29 | NOTICE OF MOTION AND MOTION to Expedite Jury Trial filed by Plaintiff Stephanie Clifford. Motion set for hearing on 5/7/2018 at 10:00 AM before Judge S. James Otero. (Attachments: # 1 Memorandum Points and Authorities in Support of Renewed Motion for Expedited Jury Trial, # 2 Declaration Declaration of Michael J. Avenatti) (Avenatti, Michael) (Entered: 04/08/2018) |
| 04/09/2018 | 30 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Compel Arbitration 20 filed by Plaintiff Stephanie Clifford. (Attachments: # 1 Declaration of Stephanie Clifford, # 2 Declaration of Michael J. Avenatti, # 3 Declaration of Lawrence Solan)(Avenatti, Michael) (Entered: 04/09/2018) |
| 04/09/2018 | 31 | NOTICE OF MOTION AND MOTION to Strike Plaintiff's First Amended Complaint Amended Complaint/Petition 14 filed by Defendant Michael Cohen. Motion set for hearing on 5/7/2018 at 10:00 AM before Judge S. James Otero. (Attachments: # 1 Declaration Brent H. Blakely, # 2 Declaration Michael D. Cohen) (Attorney Brent H Blakely added to party Michael Cohen(pty:dft)) (Blakely, Brent) (Entered: 04/09/2018) |
| 04/09/2018 | 32 | OBJECTION re: NOTICE OF MOTION AND MOTION to Expedite Jury Trial 29 filed by Defendants Michael Cohen, Essential Consultants, LLC. (Blakely, Brent) (Entered: 04/09/2018) |
| 04/10/2018 | 33 | PLAINTIFF STEPHANIE CLIFFORD'S RESPONSE AND OPPOSITION TO OBJECTION (DKT NO. 32) TO re NOTICE OF MOTION AND MOTION to Expedite Jury Trial 29 filed by Plaintiff Stephanie Clifford. (Avenatti, Michael) (Entered: 04/10/2018) |
| 04/10/2018 | 34 | REPLY Re Objection to Plaintiff's Motion for Expedited Jury Trial filed by Defendants Michael Cohen, Essential Consultants, LLC. (Attachments: # 1 Exhibit 1)(Blakely, Brent) (Entered: 04/10/2018) |
| 04/11/2018 | 35 | MINUTE ORDER IN CHAMBERS by Judge S. James Otero: ORDER RESPONDING TO DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR EXPEDITED JURY TRIAL 32 .To cure any prejudice to Defendants, and to ensure strict application of the rules, the Court ORDERS the parties to meet and confer on all of the substantive issues and procedural objections relating to the parties' various filings on or before April 13, 2018. As this is the second time in this one month old action a failure to meet and confer has been brought before the Court, every furthermotion presented to the Court must include either (1) a stipulation signed by both parties that confirms a meet and confer has occurred, or (2) a declaration from the moving party explaining the exhaustive efforts undertaken to conduct a meet and confer and the exact reasons why the parties have failed to do so. In addition, the Court consolidates and CONTINUES the hearings on (1) the Motion to Compel Arbitration, filed April 2, 2018, (2) the Motion to Expedite Jury Trial, filed April 8, 2018, and (3) the Motion to Strike Plaintiff's First Amended Complaint, filed April 9, 2018, to May 14, 2018 at 2:00 PM 20 , 29 , 31 . All deadlines related to the motions shall remain the same, except that the defendants in the action may have two additional days to respond to the Motion to Expedite Jury Trial. (lc) (Entered: 04/11/2018) |
| 04/12/2018 | 36 | STIPULATION for Extension of Time to File Opposition and Reply Briefs in Connection with Motion to Compel Arbitration, Motion for Expedited Jury Trial, and Motion to Strike filed by Defendants Michael Cohen, Essential Consultants, LLC. (Attachments: # 1 Proposed Order)(Blakely, Brent) (Entered: 04/12/2018) |
| 04/12/2018 | 37 | ORDER GRANTING STIPULATION OF ALL PARTIES RE: DEFENDANTS EX PARTE APPLICATION TO STAY ACTION AND EXTENSION OF ALL UPCOMING FILING DEADLINES 36 by Judge S. James Otero: Defendants Essential Consultants, LLC, Michael Cohen and Donald J. Trump shall have until 6:00 p.m. on Friday, April 13, 2018 to file their Ex Parte Application to Stay this Action.Plaintiff Stephanie Clifford shall have until 6:00 p.m. on Monday, April 16, 2018, to file her opposition to the Ex Parte Application.Defendants shall have until 6:00 p.m. on Tuesday, April 17, 2018, to file their reply in support of the Ex Parte Application.The due dates for all opposition and reply briefs in connection with ECs Motion to Compel |

| | | |
|---|---|---|
| | | Arbitration, Plaintiffs Motion for Expedited Jury Trial and for Limited Expedited Discovery, and Mr. Cohens Motion to Strike or, Alternatively, Dismiss Plaintiffs First Amended Complaint shall be extended for a period of 7 days. (lc) (Entered: 04/12/2018) |
| 04/13/2018 | 38 | Joint EX PARTE APPLICATION to Stay Case filed by Defendants Michael Cohen, Essential Consultants, LLC. (Attachments: # 1 Declaration Brent H Blakely, # 2 Proposed Order) (Blakely, Brent) (Entered: 04/13/2018) |
| 04/16/2018 | 39 | MEMORANDUM in Opposition to Joint EX PARTE APPLICATION to Stay Case 38 filed by Plaintiff Stephanie Clifford. (Attachments: # 1 Declaration of Michael J. Avenatti and Exhibits 1-6, # 2 Evidentiary Objections to the Declaration of Brent H. Blakely)(Avenatti, Michael) (Entered: 04/16/2018) |
| 04/17/2018 | 40 | REPLY Joint EX PARTE APPLICATION to Stay Case 38 filed by Defendants Michael Cohen, Essential Consultants, LLC. (Attachments: # 1 Request For Judical Notice, # 2 Declaration Brent H. Blakely)(Blakely, Brent) (Entered: 04/17/2018) |
| 04/17/2018 | 41 | OBJECTION to Supplemental Declaration of Brent Blakely re: Joint EX PARTE APPLICATION to Stay Case 38 filed by Plaintiff Stephanie Clifford. (Avenatti, Michael) (Entered: 04/17/2018) |
| 04/18/2018 | 42 | Objection to the Supplemental Declaration of Brent H. Blakely re: Joint EX PARTE APPLICATION to Stay Case 38 filed by Plaintiff Stephanie Clifford. (Avenatti, Michael) (Entered: 04/18/2018) |
| 04/18/2018 | 43 | *Notice of Withdrawal* re: Objection/Opposition (Motion related) 41 (Avenatti, Michael) (Entered: 04/18/2018) |
| 04/18/2018 | 44 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Miscellaneous Document 43 . The following error(s) was/were found: Incorrect event selected. Correct event to be used is: Notice of Withdrawal (Document or Motion). Other error(s) with document(s): Note: To assist in a search for correct events, please use the "SEARCH" option for a "key word" to narrow the selection process. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (lc) (Entered: 04/18/2018) |
| 04/18/2018 | 45 | MINUTE ORDER IN CHAMBERS by Judge S. James Otero:This matter is before the Court on Defendants Michael Cohen, Essential Consultants, LLC, and Donald J. Trump's (collectively, "Defendants") Ex Parte Application for a Stay of this Action ("Application"), filed April 13, 2018. After reviewing the Application and related filings, the Court finds that a hearing on the matter is warranted. Accordingly, the Court SETS a hearing for Friday, April 20, 2018 at 9:00 am 38 (lc) (Entered: 04/18/2018) |
| 04/19/2018 | 46 | Notice of Appearance or Withdrawal of Counsel: for attorney Michael J Avenatti counsel for Plaintiff Stephanie Clifford. Adding Ahmed Ibrahim as counsel of record for Stephanie Clifford for the reason indicated in the G-123 Notice. Filed by Plaintiff Stephanie Clifford. (Avenatti, Michael) (Entered: 04/19/2018) |
| 04/20/2018 | 49 | MINUTES OF Motion Hearing held before Judge S. James Otero: RE: Joint EX PARTE APPLICATION to Stay Case filed by Defendants Michael Cohen, Essential Consultants, LLC. 38 .The Court Orders that counsel for Defendant Cohen shall file a declaration from Mr. Cohen statingwhether he intends to assert his Fifth Amendment rights and when he realized that his FifthAmendment rights would be implicated. This declaration shall be filed by Wednesday, April 25,2018; Plaintiff shall file a response by Thursday, April 26, 2018.The Court is going to look at whether there's less drastic means or measures that could be imposed here other than a stay.Additionally, the Court is also going to consider whether the second count can be severed from thefirst amended complaint and whether the Court can go forward on that matter alone. The matter stands submitted. Court Reporter: none. (lc) (Entered: 04/25/2018) |
| 04/25/2018 | 47 | TRANSCRIPT for proceedings held on 4/20/18 9:01 a.m. Court Reporter: Carol Jean Zurborg, phone number (213) 894-3539. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 5/16/2018. Redacted Transcript Deadline set for 5/29/2018. Release of Transcript Restriction set for 7/24/2018. (Zurborg, Carol) (Entered: 04/25/2018) |
| 04/25/2018 | 48 | NOTICE OF FILING TRANSCRIPT filed for proceedings 4/20/18 9:01 a.m. re Transcript 47 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (Zurborg, Carol) TEXT ONLY ENTRY (Entered: 04/25/2018) |
| 04/25/2018 | 50 | DECLARATION of Michael D. Cohen in Support of Joint EX PARTE APPLICATION to Stay Case 38 filed by Defendants Michael Cohen, Essential Consultants, LLC. (Blakely, Brent) (Entered: 04/25/2018) |
| 04/25/2018 | 51 | REQUEST FOR JUDICIAL NOTICE re Joint EX PARTE APPLICATION to Stay Case 38 *SUPPLEMENTAL* filed by Defendants Michael Cohen, Essential Consultants, LLC. (Blakely, Brent) (Entered: 04/25/2018) |
| 04/26/2018 | 52 | REPLY Opposition Joint EX PARTE APPLICATION to Stay Case 38 *Response to Declaration of Michael D. Cohen* 50 filed by Plaintiff Stephanie Clifford. (Avenatti, Michael) (Entered: 04/26/2018) |
| 04/27/2018 | 53 | MINUTES (IN CHAMBERS) by Judge S. James Otero: ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO STAY CASE 38 .A status conference regarding the status of the stay is set for July 27, 2018 9:00 a.m. The parties shall file a joint report on the status of the criminal proceedings ten (10) days prior tothe conference date. (lc) (Entered: 04/27/2018) |
| 05/23/2018 | 54 | Joint STIPULATION for Hearing re and Briefing on Plaintiffs Motion for Reconsideration filed by Plaintiff Stephanie Clifford. (Attachments: # 1 Proposed Order)(Avenatti, Michael) (Entered: 05/23/2018) |
| 05/24/2018 | 55 | ORDER GRANTING STIPULATION OF ALL PARTIES RE: BRIEFING SCHEDULE AND HEARING ONPLAINTIFFS MOTION FOR RECONSIDERATION IN PART OF COURTS ORDER IMPOSING 90DAY STAY 54] by Judge S. James Otero: Plaintiff Stephanie Clifford (Plaintiff) shall have until 4:00 p.m. on Thursday, May 24, 2018 to file her Motion for Reconsideration In Part of the Courts Order Imposing a 90 Day Stay of this Action.Defendants Essential Consultants, LLC (EC), Michael Cohen (Mr. Cohen) and Donald J. Trump (collectively, Defendants) shall have until 4:00 p.m. on Friday, June 1, 2018, to file their opposition to the Motion.Plaintiff shall have until 4:00 p.m. on Thursday, June 7, 2018 to file her reply insupport of the Motion. The hearing on the Motion shall be set for Thursday, June 21, 2018, at 1:30 p.m. The parties are advised that due to |

| | | |
|---|---|---|
| | | potential conflicts with the Courts calendar the hearing may be advanced to an earlier day that same week. (lc) (Entered: 05/24/2018) |
| 05/24/2018 | 56 | NOTICE OF MOTION AND MOTION for Reconsideration re Order on Motion to Stay Case, 53 filed by Plaintiff Stephanie Clifford. Motion set for hearing on 6/21/2018 at 01:30 PM before Judge S. James Otero. (Attachments: # 1 Memorandum of Points and Authorities, # 2 Declaration of Michael J. Avenatti, # 3 Proposed Order) (Avenatti, Michael) (Entered: 05/24/2018) |
| 06/01/2018 | 57 | OPPOSITION re: NOTICE OF MOTION AND MOTION for Reconsideration re Order on Motion to Stay Case, 53 56 filed by Defendants Michael Cohen, Essential Consultants, LLC. (Attachments: # 1 Declaration Charles J. Harder, # 2 Exhibit 1-4, # 3 Declaration Brent H. Blakely, # 4 Exhibit A-J)(Blakely, Brent) (Entered: 06/01/2018) |
| 06/01/2018 | 58 | EVIDENTIARY OBJECTIONS re: NOTICE OF MOTION AND MOTION for Reconsideration re Order on Motion to Stay Case, 53 56 filed by Defendants Michael Cohen, Essential Consultants, LLC. (Blakely, Brent) (Entered: 06/01/2018) |
| 06/07/2018 | 59 | REPLY In Support of NOTICE OF MOTION AND MOTION for Reconsideration re Order on Motion to Stay Case, 53 56 filed by Plaintiff Stephanie Clifford. (Attachments: # 1 Response to Defendant's Evidentiary Objections to Declaration of Michael J. Avenatti In Support of Plaintiff's Motion for Reconsideration)(Avenatti, Michael) (Entered: 06/07/2018) |
| 06/14/2018 | 60 | EX PARTE APPLICATION for Order for Restraining Order Against Plaintiff's Counsel Michael Avenatti filed by Defendant Michael Cohen. (Attachments: # 1 Declaration Brent H. Blakely, # 2 Exhibit, # 3 Proposed Order) (Blakely, Brent) (Entered: 06/14/2018) |
| 06/15/2018 | 61 | MINUTE ORDER IN CHAMBERS by Judge S. James Otero: ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT MICHAEL COHEN'S EX PARTE APPLICATION FOR RESTRAINING ORDER 60 . This matter is before the Court on Defendant Michael Cohen's Ex Parte Application for Restraining Order ("Application"), filed June 14, 2018. Defendant has notdemonstrated in the Application that immediate, irreparable injury would occur in the absence of emergency ex parte relief. See Mission Power Eng'g Co. v. Cont'l Cas. Co., 883 F. Supp. 488, 492 (C.D. Cal. 1995) (to justify ex parte relief, "the evidence must show that the moving party's cause will be irreparably prejudiced if the underlying motion is heard according to regular noticed motion procedures").1 Accordingly, the Court sets the following briefing schedule: opposition due June 25, 2018, reply due July 2, 2018. (lc) (Entered: 06/15/2018) |
| 06/18/2018 | 62 | The Court finds the following motion suitable for disposition without oral argument and vacates the hearing on the MOTION for Reconsideration re Order on Motion to Stay Case, 53 filed by Plaintiff Stephanie Clifford [ECF #56], set for June 21, 2018. See Fed. R. Civ. P. 78(b). No appearance is required. The briefing schedule remains as set by Local Rule. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vcr) TEXT ONLY ENTRY (Entered: 06/18/2018) |
| 06/19/2018 | 63 | MINUTES (IN CHAMBERS) by Judge S. James Otero: ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION 56 . (SEE DOCUMENT FOR SPECIFICS). (lc) (Entered: 06/19/2018) |
| 06/20/2018 | 64 | SCHEDULING NOTICE by Judge S. James Otero. For the convenience of the parties and the Court, the Court SETS the hearing on Defendant Michael Cohen's Ex Parte Application for Restraining Order ("Application") to be heard in conjunction with the status conference on July 27, 2018 at 9:00 am. The briefing schedule shall remain as set forth in the Court's 6/15/2018 Minute Order.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vcr) TEXT ONLY ENTRY (Entered: 06/20/2018) |
| 06/25/2018 | 65 | MEMORANDUM in Opposition to EX PARTE APPLICATION for Order for Restraining Order Against Plaintiff's Counsel Michael Avenatti 60 filed by Plaintiff Stephanie Clifford. (Attachments: # 1 Declaration of Michael J. Avenatti, # 2 Exhibit 1-10, # 3 Exhibit 11-24)(Avenatti, Michael) (Entered: 06/25/2018) |
| 07/02/2018 | 66 | REPLY BRIEF re EX PARTE APPLICATION for Order for Restraining Order Against Plaintiff's Counsel Michael Avenatti 60 filed by Defendant Michael Cohen. (Attachments: # 1 Declaration Brent H. Blakely)(Blakely, Brent) (Entered: 07/02/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/09/2018 14:26:57 | | | |
| **PACER Login:** | bblakely157292:2724956:0 | **Client Code:** | Cohen-Clifford |
| **Description:** | Docket Report | **Search Criteria:** | 2:18-cv-02217-SJO-FFM End date: 7/9/2018 |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |