BLAKELY LAW GROUP
BRENT H. BLAKELY (CA Bar No. 157292)
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401
Email:    BBlakely@BlakelyLawGroup.com

Attorneys for Defendant
MICHAEL COHEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS a.k.a. PEGGY PETERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KEITH M. DAVIDSON, an Individual, MICHAEL COHEN, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-CV-05052-SJO (FFMx)<br><br>**EVIDENTIARY OBJECTIONS TO THE DECLARATION OF MICHAEL AVENATTI FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT MICHAEL COHEN'S SPECIAL MOTION TO STRIKE (CAL. CODE CIV. PROC. § 425.16) OR, ALTERNATIVELY, TO DISMISS (FRCP 12(b)(6)) PLAINTIFF'S AIDING AND ABETTING CLAIM AGAINST COHEN**<br><br>Date:         August 6, 2018<br>Time:         10:00 a.m.<br>Location:     Courtroom 10C<br><br>Hon. S. James Otero<br><br>Action Filed: June 6, 2018 |

**Paragraph 5:**

Objection of the basis of foundation, relevance, and legal conclusion.  To prevail on a 56(d) motion for discovery, the moving party must show: (1) it has set forth in affidavit form the specific facts it hopes to elicit from further discovery; (2) the facts sought exist; and (3) the sought-after facts are essential to oppose summary judgment." *Family Home & Fin. Ctr., Inc. v. Fed. Home Loan Mortg. Corp.*, 525 F.3d 822, 827 (9th Cir. 2008); *Tatum v. City & County of San Francisco*, 441 F.3d 1090, 1100 (9th Cir. 2006).  Avenatti fails to explain with any precision why he believes further communications exist, what those communications are, and even if such communications did exist, how they would in any way impact this Court's ruling on Cohen's anti-SLAPP motion.  See *Cable Elec. Prods. v. Genmark, Inc.* 586 Fed. Supp. 1505, 1511 (N.D. Cal. May 25, 1984) (Court properly denies request for additional discovery where discovery requested is either immaterial to issues raised by movant or not justified in light of undisputed evidentiary facts already before court.)  Avenatti simply makes a series of conclusions, without any factual support.

Dated: July 23, 2018                      BLAKELY LAW GROUP

                                          By:    /s/ Brent H. Blakely
                                                 BRENT H. BLAKELY
                                                 *Attorneys for Defendant*
                                                 *MICHAEL COHEN*