# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD<br><br>Plaintiff(s),<br><br>v.<br><br>KEITH M. DAVIDSON, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:18–cv–05052–SJO–FFM<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   7/9/2018

Document Number(s):   26

Title of Document(s):    Memoranum in support of motion to strike by Michael Cohen

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Motion : Strike

Other:

Correct event to be used is: Motion : Strike. Other error(s) with document(s): Clerk inadvertently did not find the error until this date. No motion was set on Judge's Motion Calendar for August 6 2018, 10:00 AM. However other parties have been responding to the filing

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: July 24, 2018            By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(10/13) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS