Name and address:
PAUL S. BERRA (BAR NO. 186675)
BERRA LAW
5806 Waring Avenue, #5
Los Angeles, CA 90038
Ph: (323) 461-9500
Email: paul@berralaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| STEPHANIE CLIFFORD (AKA STORMY DANIELS), an individual; <br><br> v. PLAINTIFF(S) <br><br> KEITH M. DAVIDSON, an individual; MICHAEL COHEN, an individual; and DOES 1 through 10; <br><br> DEFENDANT(S) | CASE NUMBER: <br><br> 2:18-cv-05052-SJO-FFM <br><br> REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL |
|---|---|

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

## SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it <u>currently</u> appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Keith M. Davidson    CA Bar Number: 212216

Firm or agency: Davidson & Associates, P.L.C.

Address: 8383 Wilshire Boulevard, Suite 510

Telephone Number: (323) 658-5444    Fax Number: (323) 658-5424

E-mail: keith@kmdlaw.com

Counsel of record for the following party or parties: Keith M. Davidson (in pro per)

Other members of the same firm or agency also seeking to withdraw: None

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Paul S. Berra   CA Bar Number: 186675
Firm or agency: Berra Law
Address: 5806 Waring Avenue, #5
Telephone Number: (323) 461-9500   Fax Number: None
E-mail: paul@berralaw.com

## SECTION III - SIGNATURES

### Withdrawing Attorney

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: July 23, 2018   Signature: /s/
Name: Keith M. Davidson

### New Attorney (if applicable)

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: July 23, 2018   Signature: /s/ Paul Berra
Name: Paul S. Berra

### Party Represented by Withdrawing Attorney

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.
☐ representing myself *pro se* in this case.

Date: July 23, 2018   Signature: /s/
Name: Keith M. Davidson
Title: Attorney

**PROOF OF SERVICE**
1013A(3) C.C.P. Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over 18 years of age and am not a party to the within action. My business address is Berra Law, 5806 Waring Avenue, Suite #5, Los Angeles, California 90038.

On **July 26, 2018,** I served the foregoing document described as:

**REQUEST FOR APPROVAL OF SUBSTITUTION
OR WITHDRAWAL OF COUNSEL**

on each of the interested parties in this action by sending a true and correct copy of the above-referenced document to each of the addressees below as follows:

** SEE THE ATTACHED SERVICE LIST **

[X]   **BY MAIL:** As follows: On the date above, I deposited the above document, contained in a sealed envelope, with the U.S. Postal Service with the necessary paid postage affixed thereon in Los Angeles, California. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing.

[X]   **VIA E-MAIL:** As follows: On the date above, I sent via e-mail the above-referenced document as a PDF to each of the e-mail addresses below.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **July 26, 2018,** in Los Angeles, California.

_Paul Berra_
**PAUL S. BERRA**

C:\102-2\SUBSTITUTION OF COUNSEL

## SERVICE LIST

| | |
|---|---|
| Michael J Avenatti, Esq.<br>Ahmed Ibrahim, Esq.<br>Avenatti and Associates APC<br>520 Newport Center Dr., #1400<br>Newport Beach, CA 92660<br>Email: mavenatti@eaganavenatti.com<br>        aibrahim@eaganavenatti.com | Attorneys for Plaintiff and<br>Cross-Defendant<br>STEPHANIE CLIFFORD |
| Michael J Avenatti, Esq.<br>Ahmed Ibrahim, Esq.<br>Avenatti and Associates APC<br>520 Newport Center Dr., #1400<br>Newport Beach, CA 92660<br>Email: mavenatti@eaganavenatti.com<br>        aibrahim@eaganavenatti.com | Attorneys for Cross-Defendants<br>AVENATTI AND ASSOCIATES<br>and EAGAN AVENATTI, LLP |
| Brent H. Blakely, Esq.<br>Jessica C Covington, Esq.<br>Blakely Law Group<br>1334 Parkview Ave., #280<br>Manhattan Beach, CA 90266<br>Email: bblakely@blakelylawgroup.com<br>        jcovington@blakelylawgroup.com | Attorneys for Defendant and<br>Cross-Defendant<br>MICHAEL COHEN |