# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| STEPHANIE CLIFFORD | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:18−cv−05052−SJO−FFM |
| v. | |
| KEITH M. DAVIDSON, et al | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 7/9/18 | 26 & 28 | both titled Memoranum in support of motion... |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☑ The document is stricken and counsel is ordered to file an amended or corrected document by 7/30/18 .
☐ The hearing date has been rescheduled to _____ at _____
☐ Other
  See notice of filer deficiencies ECF #38 and ECF #

Clerk, U.S. District Court

Dated: 7/26/18        By: /S/ Victor Cruz
                         Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge