# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD (AKA STORMY DANIELS), an individual,<br><br>Plaintiffs,<br><br>v.<br><br>KEITH M. DAVIDSON, an individual, MICHAEL COHEN, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-05052-SJO (FFMx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MICHAEL COHEN'S SPECIAL MOTION TO STRIKE (CAL. CODE CIV. PROC. § 425.16) OR, ALTERNATIVELY, TO DISMISS (FRCP 12(b)(6)) PLAINTIFF'S AIDING AND ABETTING CLAIM AGAINST COHEN**<br><br>Date:        August 27, 2018<br>Time:       10:00 a.m.<br>Location:  Courtroom 10C<br><br>**Hon. S. James Otero**<br><br>Complaint Filed: June 6, 2018 |

1  Defendant Michael Cohen's ("Cohen") Motion Strike the Second Claim for
2  Aiding and Abetting Breach of Fiduciary Duty ("Motion") in the Complaint of
3  Plaintiff Stephanie Clifford came before the Court on August 6, 2018. The Court has
4  reviewed the Motion, the Opposition papers to same, and Cohen's Reply. After
5  consideration of the parties' papers, arguments, and evidence, the Court hereby
6  GRANTS Cohen's Motion, and Plaintiff's claim against him is hereby dismissed.
7  **IT IS SO ORDERED.**
8
9  DATE: _____, 2018      By: _____
10                                  Hon. S. James Otero
                                    **United States District Judge**