1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS a.k.a. PEGGY PETERSON, an individual, | Case No. 2:18-cv-05052-SJO (FFMx) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT MICHAEL COHEN'S MOTION FOR A STAY OF THIS ACTION** |
| v. | |
| KEITH M. DAVIDSON, an Individual, MICHAEL COHEN, an individual, and DOES 1 through 10, inclusive, | |
| Defendants. | |

1    Upon consideration of the Defendant Michael Cohen's ("Defendant") Motion
2 for a Stay of this Action (the "Motion"), all papers filed in connection with the
3 Motion, the Court's records and files of the case and oral argument as deemed
4 necessary, and for good cause shown, the Court hereby orders as follows:
5    1. The Motion is GRANTED;
6    2. This action is stayed until _____, 2018, at which time
7       Defendant may request a further stay, if necessary;
8    3. All hearing dates and response deadlines, including those related to the
9       currently pending motions in this action, are vacated; and
10   4. A status conference is scheduled for _____, 2018.

13 **IT IS SO ORDERED.**

16  Dated: _____

HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

-2-
[PROPOSED] ORDER GRANTING MOTION FOR STAY OF THIS ACTION