

FILED
CLERK, U.S. DISTRICT COURT
July 27, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD (AKA STORMY DANIELS), an individual;<br>Plaintiff(s)<br>v.<br>KEITH M. DAVIDSON, an individual; MICHAEL COHEN, an individual; and DOES 1 through 100<br>Defendant(s) | CASE NUMBER<br>2:18-cv-05052-SJO-FFM<br><br>~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

Keith M. Davidson          ☐ Plaintiff  ☒ Defendant  ☒ Other Cross-Claimant
*Name of Party*

to substitute   Paul S. Berra   who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

Berra Law, 5806 Waring Avenue, #5
*Street Address*

Los Angeles, CA 90038                    paul@berralaw.com
*City, State, Zip*                       *E-Mail Address*

(323) 461-9500         N/A              CA Bar No. 186675
*Telephone Number*    *Fax Number*     *State Bar Number*

as attorney of record instead of   Keith M. Davidson (in pro per)
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☒ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  July 27, 2018                    *S. James Otero*
                                        U. S. District Judge/U.S. Magistrate Judge